PARSONS, Respondent, v. PARSONS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1905.) Action by Amelia C. Parsons against Archelaus H. Parsons.

PER CURIAM. Order modified, by reducing the amount of alimony allowed to $5 per week, which latter sum is allowed upon condition that the plaintiff, within 10 days after service of a copy of this order, together with notice of entry thereof, file a stipulation consenting nunc pro tunc to an order of reference in this action. Said order is further modified, by striking out the provision for an order of reference herein, unless within 10 days after service of a copy of this order, together with notice of entry thereof, the defendant and the co-respondents who have answered make and file stipulations consenting nunc pro tunc to an order of reference herein. As so modified, the order appealed from is affirmed, without costs of this appeal to either party; but, in case the plaintiff fails to file such stipulation, the order appealed from is amended by striking out the allowance of all sums to her by way of alimony.

WILLIAMS and STOVER, JJ., dissent, on the ground that the court had no power to refer the case, because no motion for a refer-

euce was made and no notice of intention to have a reference was given to the co-respondents; that there was no consent to the order directing the reference by either of the co-respondents, the plaintiff, or the defendant; and that all the parties have an absolute right to a trial by jury.

WILLIAMS, J., also dissents, on the further ground that, under the circumstances of this litigation and of the former litigation between the parties, no allowance of alimony should be made, and that the amount allowed for expenses should not exceed $100.